**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6816**

_____

DAVID FORBES,

Plaintiff - Appellant,

v.

A.S.G.D.C.; LEONARDO BROWN; CRAYMAN HARVEY; DR. SHAFFER; MR. PAMPEL, a/k/a Mr. Pamper,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Senior District Judge.  (0:24-cv-01054-JFA)

_____

Submitted:  May 28, 2026                          Decided:  June 1, 2026

_____

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Forbes, Appellant Pro Se.  Alfred Johnston Cox, Lindsay Anne Joyner, James Clayton Mitchell, III, GALLIVAN, WHITE & BOYD, PA, Columbia, South Carolina; Mark Brandon Goddard, TURNER PADGET GRAHAM & LANEY, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Forbes appeals the district court's order granting Defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Forbes v. Alvin S. Glenn Det. Ctr.*, No. 0:24-cv-01054-JFA (D.S.C. Sep. 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*